IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Gregg B. Colton, on behalf of himself and a class of similarly situated persons | ) ) ) | |
| | ) | **ORDER FOR MID-DISCOVERY** |
| Plaintiff, | ) | **STATUS CONFERENCE** |
| | ) | |
| v. | ) | |
| | ) | |
| Lime Rock Resources GP V, L.P., Lime Rock Resources III-A GP, LLC, Lime Rock Resources III-A, L.P., Lime Rock Resources IV-A GP, LLC, Lime Rock Resources IV-A, L.P., Lime Rock Resources Operating Company, Inc., and Lime Rock Resources V-A, L.P., | ) ) ) ) ) ) ) ) ) | |
| | ) | Case No. 1:22-cv-00123 |
| Defendants. | ) | |

**IT IS ORDERED**:

A mid-discovery status conference will be held on January 23, 2025, at 9:00AM before the magistrate judge by telephone. To participate in the conference, the parties shall call (877) 810-9415 and enter access code 8992581. The conference may be recorded for the convenience of the court.

Dated this 30th day of July, 2024.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court