**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| Gregg B. Colton, on behalf of himself and a class of similarly situated persons, | ) ) ) | |
| Plaintiff, | ) ) | **AMENDED ORDER FOR MID-DISCOVERY STATUS CONFERENCE** |
| v. | ) ) | |
| Lime Rock Resources GP V, L.P., Lime Rock Resources III-A GP, LLC, Lime Rock Resources III-A, L.P., Lime Rock Resources IV-A GP, LLC, Lime Rock Resources IV-A, L.P., Lime Rock Resources Operating Company, Inc., and Lime Rock Resources V-A, L.P., | ) ) ) ) ) ) ) ) ) | Case No. 1:22-cv-123 |
| Defendants. | ) | |

**IT IS ORDERED**:

A mid-discovery status conference will be held on January 23, 2025, at 9:00AM before the magistrate judge by telephone.  To participate in the conference, the parties shall call (571) 353-2301and enter "Call Id" 292466149.  The conference may be recorded for the convenience of the court.

Dated this 30th day of September, 2024.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court