IN THE UNITED STATES DSITRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Gregg B. Colton, on behalf of himself and a class of similarly situated persons, | ) ) ) | |
| Plaintiff, | ) ) | **ORDER ADOPTING STIPULATION** |
| v. | ) ) | |
| Lime Rock Resources GP V, L.P., *et al.*, | ) ) | Case No.: 122-cv-00123 |
| Defendant. | ) | |

On January 30, 2025, the parties filed a *Stipulation for Leave to File Second Amended Complaint, Briefing Schedule for Motion to Strike Class Allegations, and Stay of Discovery and Case Deadlines*. (Doc. No. 67). Therein, Plaintiff requests to file the proposed Second Amended Complaint, which Defendants consent to on a contingent basis. Notably, on a stipulation between the parties to stay all discovery and case deadlines. The parties have further agreed on a briefing schedule for a motion to strike class allegations within the Second Complaint.

The court is inclined to **ADOPT** the stipulation. (Doc. No. 67). Plaintiff is to promptly file the proposed Second Amended Complaint. The court further orders that all discovery and case deadlines be stayed pending further order of the court. The parties' motion to strike class allegations briefing schedule shall be as follows:

1) Defendants shall file their motion to strike class allegations on or *before February 27, 2025*.

2) Plaintiff shall file any response on or before *March 20, 2025*.

3) Defendants shall file any reply on or before *April 3, 2025*.

**IT IS SO ORDERED.**

Dated this 31st day of January, 2025.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court